UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RECEIVED IN PRO SE OFFICE
FEB 28 2022

Christopher E. James, Petitioner

v.

Ms. Macintosh, Super Intendent of Clinton Correctional Facility, Respondent.

Petition For Writ of "Habeas Corpus"
28 U.S.C. § 2254

CV 22-1120
MATSUMOTO, J.
SHIELDS, M.J.

Topic of Writ:

This Writ of "Habeas Corpus" is being Written & Author'd by "myself", Christopher Emanuel James, challenging the "Adverse" Affirmations of Appellate Review in a "State" Territory/Judicial Arena.

Petitioner's Information

Name: Christopher E. James    DIN#: 18A4676
Confined At: Clinton Correctional Facility, 1156 Route.374 Cook St. P.O. Box 2001
Dannemora, NY 12929

PETITION

1. Name And Location of criminal court Judgment of conviction being challenged:
Suffolk County - County Court Part 7 (T. Mazzei) 210 Center Drive Riverhead, NY 11901
(B) Criminal Docket #: 802-16

2. Date of Judgment of conviction: November 30, 2018 / October 26, 2018

(B) Date of Sentencing: November 30, 2018

3. Length of Sentence: 25 years to Life in State Penitentiary for Murder in the Second Degree. This was the "only" charge in the Indictment.

4. I did "not" take a Plea Deal.
5. I was Tried by a "Jury" of my peers.
6. I did not "Testify" in no proceeding before or at or after the Trial.

7. Did you Appeal from the Judgment of conviction??
   yes

8. New York Supreme Court, Appellate Division = 2nd Judicial Department
   Docket #: 15165-2018
   Result: Affirmed
   Date of Result: December 1, 2021
   Citation: 200 A.D. 3d 711, 157 N.Y.S. 3d 307
   Grounds Raised: 1. Inadmissibility of statements due to "Assertion" of miranda rights
   2. Illegality of mistrial declaration due to missing element of "Manifest - Necessity".
   3. Prima facie case due to "No" Identification by court witnesses
   4. Prejudice evidentiary ruling in Retrial due to reconsideration of Admissibility of Text messages.
   5. Invalid waiver of counsel & Pro'se Representation.
   6. Inadmissibility of Foot Impressions due to no "material Fact".
   7. Violation of Due Process pertaining to "730 Examination".

8. Violation of "6th Amendment" rights to a Speedy Trial.

9. Violation of "5th Amendment" right against Self-Incrimination.

9. Did you seek "Further" review by a "Higher" state court?

yes

10. New York State = Court of Appeals Hall

Docket # = N/A (see enclosed sheet)

Result = Leave to Appeal Denied

Date of Result: February 10, 2022

Citation = N/A (see enclosed sheet)

Grounds Raised = Same as Above

11. No Petition for certiorari was sought.

12. Other than the "Direct Appeals" listed Above, have you "previously" filed any other Petitions, Applications, or motions concerning this Judgment of conviction in any state court??

yes

13. If yes, Give the Following Information =

Name of Court = Suffolk County - County Court

Docket # = 802-16

Date of Filing = Not Known to me (contact Appellate Lawyer Felice Milani (631)392-8732)

Nature of Proceeding = Article 440.10 motion (Post-Conviction)

Grounds Raised = Ineffective Assistance of Counsel

(B) Did you receive A Hearing where evidence was given on your petition, Application or motion?:
   No

Result of 440 motion = Denied

Date of Result = Not Known (consult Appellat Lawyer)

14. If you filed Any Second Petition, Application, or motion, give the same Information:
   Name of court = Suffolk County - County court
   Docket # = 802-16
   Date of Filing = Not Known (consult Appellate Lawyer)
   Nature of Proceeding = Article 440.10 Motion
   Grounds Raised = Denial of 730 Examination

(B) Did you receive A "Hearing" where evidence was given on your Petition, Application or motion?:
   No

Result of 440 motion = Denied

Date of Result = Not Known (consult Appellate Lawyer)

15. Did you Appeal to The Highest state court having Jurisdiction over the Action Taken on your Petition, Application, or motion?:
   (1) First Petition = yes
   (2) Second Petition = yes

16. For this Petition, state every Ground on which you claim that you Are being held in violation of the Constitution, Laws, or Treaties of the United States. Also, state the "Facts" Supporting each Ground.

Ground One: Violation of 6th Amendment Right to a Speedy Trial & Violation of 14th Amendment Right to "Due Process".

(A) Supporting Facts: After Mistrial & During the "Proceedings" to Pretrial, I've - "Consistently" Asserted to Suffolk County - County Court that I wanted to represent "myself" & I would like a "Speedy Trial". (See Transcripts from 5/9/18, 5/14/18 & 5/16/18) My Trial was postponed/Adjourned "Numerous" Times After my Assertion, & Prejudice was "evident" to my Defense due to the "Anxiety, Fear, & Anger" I was experiencing from prolong Pre-Trial Incarceration. I was ultimately "Retried" on these Trump'd up Murder charge, Pro'se, in an "Disturbed" state of mind. Violating my 6th Amendment's Right to a Speedy Trial & 14th Amendment Right to State Due Process of Law.

(B) Exhaustion of State Remedies were Adhered to Through Habeas Corpus, Motion to Dismiss, And a Writ of Habeas Corpus under 28 U.S.C. 2241. (See 18-CV-2910)

(C) Direct Appeal of Ground One:
   1. If you Appealed from the Judgment of conviction, did you raise this issue?
      yes

(D) The Issue in Ground one being depicted was not challenged in a State Post-Conviction Proceeding (such as motions/Habeas corpus processes) because I Failed to "move" to "Dismiss" the Indictment on the Trial Record/Transcripts, which procedurally "Barred" me from raising this issue because I did not "Preserve" it. (meritless under state statutes)

(E) All remedies were "exhausted" for Ground one.

17. Additional Questions:

(A) Have all Grounds for relief that you have raised in this petition been presented to the Highest State court having Jurisdiction?
yes

(B) This Ground (Ground one) has been "Exhausted".

18. There is "no" pending Appeals/Petitions in the States or Feds regarding this issue.

19. Attorneys who represented me in the Following stages of Judgment Process:

(A) Preliminary Hearings: Michael Brown

(B) Arraignment on Indicted charge: Michael Brown

(C) At Trial: Michael Brown

(D) At sentencing: self

(E) On Appeal: Felice B. Milani

(F) Post Conviction Proceedings: No one

(G) On Appeal from Post-Conviction Proceedings: No one

20. I have "no" Future sentences to serve in state or Federally.

21. My writ is "Timely" & is "within" the "1-year statue of limitations" governing The "Finale" of my conviction.

ThereFore, Petitioner asks that "Kriyo" get Her "Big Homie" out of Jail.

C.J.
Pro'se

I Declare These words to be of "MAAth-Heru" (Truthful essence) under the "Present" Laws of Perjury??

Placed in mailing Institution system on February 22, 2022

Executed (Sanctioned) 2/18/22
(3Al Girds/18/Year of G.O.D.)

C.J.
Petitioner

In FORMA PAUPERis??

"Put it on my Tab Chun-Li!!"

To: Kitko (City G.M.)

Goddess. Stone. Judgment.

## Constitution of Judgment

1. Judge the Wicked (the White Males of Racism) so that you "Yourself" may not become a "member" of Racism.

2. Blasphemy Your God-Given (coincidental) name, so that you may be Granted God-Given Talents.

3. "Trust" in your Godmother (or G.F.), they command & "state of mind" is Law.!!

4. The Past is the "Past", in Absolute Honesty. But the Future is ForeTold.

5. "Any" God stone not in tune with the King (or the Queen), will be Dethroned!!

6. The Names/Titles of All Goddesses shall Be "Goddess Blank", "Beautiful Blank" or "Blank Stone".

7. The "Only" Jurisdiction of stone is the "9-Pointed Star". Goddess Carli Brim (or Queen Brim) Governs "BLOOD" under the "5".!! (Goddess/God. Stone. Brims. = Black Revolutionary Intelligent militant stones)



RECEIVED IN PRO SE OFFICE
FEB 28 2022
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2022 ★
BROOKLYN OFFICE

## Stone-Tology

- NeHast!! - Wake up!!
- Merschect - Listen Attentively
- Mamit (commit) - Egypt
- Metu-Neter - Word(s) of God
- Neter-Metu - Divine Speech
- MAAh-Herv - True of Words
- Neter Neterv - God of Gods & Goddesses
- Neter - GOD (G.O.D.)
- Neterv - Gods & Goddesses
- Shetavt - Hidden/Secret (The 9)
- Min Mer - Stone Love (Thy Stone Phallus)
- Het Mer - Stone Love (Thy Beautiful Womb)
- Nef-Ti - Goddess Love (Thy Gorgeous Breast)
- Smai Hor-Set - The Union of The Two Lands/Thrones (Heaven & Earth, Upper & Lower Egypt, 5'9")
- Amen - The Consciousness/Will of The Almighty Coincidence
- MA - The Consciousness/Will of Gods & Goddesses (God Stories)
- Ptah - The Higher Self (The Imagination)
- Mut - The Lower Self (The Brain)
- Osiris - The Personality (of G.O.D.)
- Isis - The Personality (of Goddesses)
- Horus - The "Wrath" of Gods & Goddesses
- Nebthet - Heaven on Earth!! (Worldly Consciousness)
- Anubis - Knowledge of Good & Evil (Real from Fake)

# State of New York
# Court of Appeals

BEFORE: HON. MICHAEL J. GARCIA
     Associate Judge

---

THE PEOPLE OF THE STATE OF NEW YORK,

             Respondent,    **ORDER**
  -against-                **DENYING**
                        **LEAVE**
CHRISTOPHER E. JAMES,
             Appellant.

---

  Appellant having applied for leave to appeal to this Court pursuant to Criminal Procedure Law § 460.20 from an order in the above-captioned case;*

  UPON the papers filed and due deliberation, it is

  ORDERED that the application is denied.

Dated: February 10, 2022

  at Albany, New York

                    /s/ Michael J. Garcia

                      Associate Judge

*Description of Order: Order of the Supreme Court, Appellate Division, Second Department, entered December 1, 2021, affirming a judgment of the County Court, Suffolk County, rendered November 30, 2018.

CLINTON
P.O. BOX ___
DANNEMORA, N.Y. 12929

NAME: Christopher James   DIN#: 18A4676

Clinton
Correctional Facility

NEOPOST
02/22/2022
US POSTAGE $001.36°
ZIP 12929
041M11272305

S.H.U. LEGAL

To: Hon. Kiyo A.
Matsumoto
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201